[No. 36965-2-I.    · Division One.   December 22, 1997.]

CARL L. KNIGHT, *Appellant*, v. THE CITY OF SEATTLE, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 93-2-28374-1, James D. McCutcheon, Jr., J., entered June 14, 1995. *Affirmed* by unpublished per curiam opinion.

[No. 38524-1-I.    Division One.   December 22, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. GARY L. McQUARY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-1-03577-9, Liem E. Tuai, J., entered March 29, 1996. *Affirmed* by unpublished opinion per Becker, J., concurred in by Webster and Cox, JJ.

[No. 38679-4-I.    Division One.   December 22, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM GILBERT THOMAS, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 95-1-01287-1, Kathryn E. Trumbull, J., entered May 8, 1996. *Affirmed* by unpublished opinion per Cox, J., concurred in by Kennedy, A.C.J., and Becker, J.

[No. 38836-3-I.    Division One.   December 22, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. CARLOS E. CONTRERAS, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 95-1-00684-4, Steven J. Mura, J., entered May 30, 1996. *Affirmed* by unpublished per curiam opinion.